# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
### CENTRAL DIVISION
### LEXINGTON

| | |
|---|---|
| IN RE: ONGLYZA (SAXAGLIPTIN) AND KOMBIGLYZE XR (SAXAGLIPTIN AND METFORMIN) PRODUCTS LIABILITY LITIGATION | Master File No. 5:18-md-2809-KKC |
| | HON. KAREN K. CALDWELL |
| THIS DOCUMENT RELATES TO: | |
| **LEROY SCOTT** | **SHORT FORM COMPLAINT AND DEMAND FOR JURY TRIAL** |
| **VS.** | |
| **BRISTOL-MYERS SQUIBB COMPANY, ASTRAZENECA PHARMACEUTICALS, LP, AND MCKESSON CORPORATION** | Case No.: |

## SHORT FORM COMPLAINT

Plaintiff incorporates by reference the Master Complaint and Jury Demand filed in the above-referenced case on November 19, 2018. (Dkt. 185.) This Short Form Complaint adopts all of the Master Complaint and Jury Demand's allegations and claims against all Defendants as if copied here *in extenso*.

Upon information and belief, Plaintiff further alleges as follows:

### PARTIES, JURISDICTION, AND VENUE

1.  Plaintiff, Leroy Scott is a resident and citizen of Arlington, TX and claims damages as set forth below.

2.  State in which Plaintiff(s) allege(s) injury: Texas

3.  Defendants:

    ☑ Bristol-Myers Squibb Company

☑ AstraZeneca Pharmaceuticals, LP

☐ McKesson Corporation

4.      Jurisdiction is proper based upon diversity of citizenship.

5.      The District Court in which remand for trial is proper and where this Complaint would have been filed absent the direct filing order by this Court is the United States District Court for the Northern District of Texas.

## FACTUAL ALLEGATIONS

6.      On or about November 1, 2013 to August 27, 2017, James Kravetz, M.D. and Larry Stubblefield, M.D., prescribed Kombiglyze XR to treat Plaintiff for type 2 diabetes.

7.      During the time of usage of Kombiglyze XR, Plaintiff was a resident and citizen of Arlingotn, TX.

8.      Neither Plaintiff nor Dr. Kravetz or Dr. Stubblefield knew or had reason to know that Kombiglyze XR could cause heart failure or congestive heart failure.

9.      As a result of taking Kombiglyze XR, on or about November 1, 2013 to August 27, 2017, Plaintiff sustained severe and permanent injuries including, but not limited to, heart failure and/or congestive heart failure, as diagnosed by Dr. Alan M. Taylor at Cardiology Partners.

## ALLEGATIONS AS TO INJURIES

10.     Plaintiff claims damages as a result of:

☑ Injury to self

☐ Injury to the person represented

☐ Wrongful death

☐ Survivorship action

☐ Loss of Consortium

11.    Defendants, by their actions or inactions, proximately caused the injuries to plaintiffs.

## DEFENDANT-SPECIFIC ALLEGATIONS AND THEORIES OF RECOVERY

12.    The following claims and allegations are asserted by Plaintiff in the Master

Complaint (Dkt. 185) and are herein adopted by reference [*check all that are applicable*]:

☑ Count I – Strict Liability/Design Defect

☑ Count II – Negligence

☑ Count III – Strict Liability/Failure to Warn

☑ Count IV – Breach of Warranty of Merchantability

☑ Count V – Breach of Express Warranty

☑ Count VI – Breach of Implied Warranty

☑ Count VII – Violation of Consumer Protection Laws and/or Deceptive Trade

Practices under the Law of the State of <u>Texas</u>.

☐ Count VIII – Loss of Consortium

☐ Count IX – Survival Action

☐ Count X – Wrongful Death

☑ Count XI – Punitive Damages

☐ Count XII – Other _____

☐ Count XIII – Other _____

<u> If Count XII or Count XIII is alleged, additional facts supporting the claim(s): _____</u>

_____

_____

_____

## **PRAYER FOR RELIEF**

Plaintiff has been damaged as a result of Defendants' actions or inactions and demands judgment against Defendants on each of the above-referenced causes of action, jointly and severally to the full extent available in law or equity, as requested in the Master Complaint and Jury Demand. (Dkt. 185.) Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff hereby demand a trial by jury as to all claims in Complaint so triable.

Respectfully Submitted,

**WEITZ & LUXENBERG, P.C.**

Dated: 4/16/2019

*/s/ Jonathan M. Sedgh*
Jonathan M. Sedgh, NY Atty. No. 4557260
**Weitz & Luxenberg, P.C.**
700 Broadway
New York, NY 10003
Telephone: (212) 558-5500
Facsimile: (212) 344-5461
jsedgh@weitzlux.com

*Attorney for Plaintiffs*